**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Jeff Scott Gilmour,

Plaintiff,

v.

City of Upland, *et al.*,

Defendants.

Case No. 5:25-cv-00967-AB-DMK

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. Bank of America's motion to dismiss is granted with leave to amend, except with respect to Plaintiff's claim for defamation per se, which is dismissed without leave to amend;
3. Bank of America's motion to strike Plaintiff's prayer for punitive damages is denied as moot;
4. Bank of America's motion to strike Plaintiff's prayer for attorney's fees is granted;
5. City of Upland's motion to dismiss is denied;
6. Plaintiff is granted leave to file a Second Amended Complaint within 30 days after the acceptance of this Report and Recommendation;
7. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: November 3, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE